UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 18-1672-MWF(Ex)**                    Dated: **May 3, 2018**

Title:      Seville Classics, Inc. *-v-* EP Family Corp.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

  Rita Sanchez                                      None Present
  Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present                                      None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

        In light of the Notice of Settlement [15] filed May 2, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for June 11, 2018 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

        IT IS SO ORDERED.

MINUTES FORM 90                                     Initials of Deputy Clerk   rs
CIVIL - GEN